**POCKET BILLIARDS AND BAR, LLC**

**VERSUS**

**FAST & AFFORDABLE COLLEGE STUDENT MOVERS, INC. & ABC INSURANCE COMPANY**

\*     **NO. 2022-CA-0109**

\*     **COURT OF APPEAL**

\*     **FOURTH CIRCUIT**

\*     **STATE OF LOUISIANA**

\*

\*

**\* \* \* \* \* \* \***

**JENKINS, J., CONCURS IN THE RESULT.**